IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-13

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| ANTONIO DELREA SMITH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se (Doc. No. 62) for reconsideration of the Court's denial (Doc. No. 61: Order) of his motion for reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine triggered by the Fair Sentencing Act of 2010.

The Court has considered the cases cited by the defendant in the instant motion and finds that they do not compel a different result.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to reconsider (Doc. No. 62) is **DENIED**.

Signed: June 20, 2012

Robert J. Conrad, Jr.
Chief United States District Judge